UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Criminal No. 12-324 (DMC) |
| MATHEW SHELDON | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Joseph B. Shumofsky, Assistant U.S. Attorney, appearing), and defendant Mathew Sheldon (by Patrick McMahon, AFPD); and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1); and the defendant having requested such a continuance; and it appearing that the defendant waives such right; and for good and sufficient cause shown, the Court makes the following findings:

1. A continuance is necessary to afford the defendant additional time to review discovery and prepare for trial;

2. The facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter; and

3. As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 10th day of September, 2012,

ORDERED that motions shall be filed by December 10, 2012, opposition briefs shall be filed by December 28, 2012, the argument of the motions is scheduled for January 7, 2013, and the trial is scheduled for January 14, 2013; and

IT IS FURTHER ORDERED that this action be, and hereby is, continued until the date of trial, January 14, 2013, and the period between and including today's date through the date of trial, January 14, 2013, shall be excluded time under the Speedy Trial Act of 1974, Title 18, United States Code, Section 3161(h)(7).

> Hon. DENNIS M. CAVANAUGH
> United States District Judge

Form and entry
consented to:

Joseph B. Shumofsky
Assistant U.S. Attorney

Patrick McMahon, AFPD
Counsel for defendant Mathew Sheldon